The People of the State of New York, Respondent, v. Charles Kuster and Joseph Seymour, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Antonio Squillanti, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. (*People* v. *Battleloro*, 154 App. Div. 953.) Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. David Warblinsky, Appellant.— Judgment of conviction of the County Court of Kings county reversed and a new trial ordered, upon the ground that the affidavits used in the Magistrate's Court, and a copy of the testimony of Levine, were not received in evidence for any competent purpose. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Eugenio Quattrucci, Respondent, v. Katherine E. Turnbull and George Waddington, Appellants.— The explanation given by the plaintiff for failure to bring his action on for trial within the period of more than five years since issue was joined, is not sufficient to excuse the delay, within the rule laid down in repeated decisions of this court. Order denying defendants' motion to dismiss the complaint for failure to prosecute reasonably is reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Jenks, P. J., Burr, Carr and Stapleton, JJ., concurred; Putnam, J., not voting.

Michael Quinn, Respondent, v. Nichols Copper Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Bridget Reddy, as Administratrix, etc., Respondent, v. Degnon Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Fred B. Rice, Appellant, v. The City of Yonkers, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Ethel M. Sammis, as Administratrix, etc., Respondent, v. Suffolk Gas and Electric Light Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Norah Sheehan, Respondent, v. Bernhard L. Fried and Henry Silverstone, Appellants.— Judgment and order unanimously affirmed as to defendant Fried, with costs; as to defendant Silverstone, in view of the